**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 03-cv-00859-REB-MJW

DIRECTV, INC.,

    Plaintiff,

v.

TAD BROOKER, et al.,

    Defendants.

**MINUTE ORDER**[1]

The matter is before the court on plaintiff's **Motion For Approval of Substitution of Counsel and Entry of Appearance** [#75] filed February 4, 2011.  The court notes the following errors in the filing of this document:

1)    The format of the caption of the case is incorrect.  The case number is now identified as ***03-cv-00859-REB-MJW***; pursuant to D.C.COLO.LCivR 10.1I.;

2)    The document is single spaced, which is in violation of D.C.COLO.LCivR 10.1E; and

3)    Counsel docketed this document as a "NOTICE," and not as a motion, on the CM/ECF system .  As a result the document does not appear as a pending motion on the court's docket.  The court reads the document as a motion.

With these caveats, the court grants the relief requested.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion For Approval of Substitution of Counsel and Entry of Appearance** [#75] filed February 4, 2011, is **GRANTED**;and

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

2.  That the law firm of Messner and Reeves, LLC is **PERMITTED** to withdraw as counsel of record for the plaintiff.

Dated:  February 7, 2011